AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 1, 2005 |
| NAME OF SERVER (PRINT) | TITLE |
| Priscilla N. Ollei | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion ther residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   Served Via Certified Mail
                     Receipt Number :7002 0510 0004 4953 7166
                     Received by Defendant on 4/5/2005

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-1-2005
              Date

*Signature of Server*

FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA 02108

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.