THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IDA PAVLICHENKO,<br>    Plaintiff<br><br>V.<br><br>MICHAEL CHERTOFF, as Secretary of the<br>Department Homeland Security; EDUARDO<br>AGUIRRE, as Acting Director of the Bureau of<br>Citizenship & Immigration Services; DENNIS C.<br>RIORDAN, District Director of the Bureau of<br>Citizenship & Immigration Services for Boston,<br>Massachusetts<br>    Defendants | CIVIL ACTION FILE NO.<br><br>2005 – 10429 RGS |

## MOTION FOR DEFAULT JUDGMENT

NOW comes the plaintiff, Ida Pavlichenko, by and through the undersigned counsel, and hereby requests this Honorable Court to enter a default judgment against the defendants, Michael Chertoff, Secretary of the Department of Homeland Security, Eduardo Aguirre, Acting Director of the U.S. Citizenship & Immigration Services, and Denis C. Riordan, District Director of the U.S. Citizenship & Immigration Services for Boston, in reference to the above-entitled matter, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. As grounds for this motion the defendant submits as follows:

The defendant, Michael Chertoff, Secretary of the Department of Homeland Security, was served with the complaint on April 18, 2005 and to date has not filed a responsive pleading.

The defendant, Eduardo Aguirre, Acting Director of the Bureau of Citizenship & Immigration Services, was served with the complaint on April 6, 2005 and to date has not filed a responsive pleading.

The defendant, Denis C. Riordan, District Director of the Bureau of Citizenship & Immigration Services for Boston, was served with the complaint on April 5, 2005 and to date has not filed a responsive pleading.

## Relief

The plaintiff, Ida Pavlichenko, hereby requests that the judgment be the grant of naturalization pursuant to 8 U.S.C. 1447(b), as further set forth in the attached proposed default judgment.

## Grounds for Relief

The Court should enter the judgment requested against the defendants Michael Chertoff, Secretary of the Department of Homeland Security, Eduardo Aguirre, Acting Director of the U.S. Citizenship & Immigration Services, and Denis C. Riordan, District Director of the U.S. Citizenship & Immigration Services for Boston, and in favor of the plaintiff, Ida Pavlichenko because she has met all of the necessary requirements, The defendants have failed to file a responsive pleading and it is in the interest of justice that she be naturalized forthwith.

The Plaintiff,
By his Attorneys,

Desmond P. FitzGerald
FitzGerald & Company, LLC
59 Temple Place, Suite 444
Boston, Massachusetts 02111
Telephone (617) 542-0033
Facsimile (617) 542-8410
dfitzgerald@fitzgeraldlawcompany.com
Bar No. 461613

## CERTIFICATE OF SERVICE

      I, Desmond P. FitzGerald, do hereby certify that I have served a true and accurate copy of the forgoing Motion for Default Judgment, by mailing a copy thereof to the opposing party, Mr. Michael Chertoff, U.S. Department of Homeland Security, Washington, D.C. 20528 this 15th day of June, 2003.

 

Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone 617.523.6320
Facsimile  617.523.6324
dfitzgerald@fitzgeraldlawcompany.com
BBO No. 634881

## CERTIFICATE OF SERVICE

I, Desmond P. FitzGerald, do hereby certify that I have served a true and accurate copy of the forgoing Motion for Default Judgment, by mailing a copy thereof to the opposing party, Mr. Dennis Riordan, U.S. Citizenship & Immigration Services, JFK Federal Building, Boston, MA 02213, this 15th day of June, 2003.

Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone 617.523.6320
Facsimile  617.523.6324
dfitzgerald@fitzgeraldlawcompany.com
BBO No. 634881

## CERTIFICATE OF SERVICE

I, Desmond P. FitzGerald, do hereby certify that I have served a true and accurate copy of the forgoing Motion for Default Judgment, by mailing a copy thereof to the opposing party, Mr. Eduardo Aguirre, U.S. Citizenship & Immigration Services, 425 Eye Street N.W., Room 7309, Washington, D.C. 20536, this 15th day of June, 2003.

Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 2:0
Boston, Massachusetts 02108
Telephone 617.523.6320
Facsimile  617.523.6324
dfitzgerald@fitzgeraldlawcompany.com
BBO No. 634881