≈AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Ida Pavlichenko

V.

Thomas RIdge, Secretary, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 c 10429 RGS

TO: (Name and address of Defendant)

Michael Sullivan, on beahlf of Thomas Ridge, Eduardo Aguirre, and Dennis Riordan.
U.S. Attorney's Office- Boston, Civil Litigation Unit
1 Courthouse Way, Room 9200
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Desmond P. FitzGerald
FitzGerald & Law Company, LLC.
18 Tremont Street, Suite 210
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____Sixty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE

JUN 2 2 2005