UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IDA PAVLICHENKO,  )<br>    Plaintiff,  )<br>)<br>v.  )<br>)<br>THOMAS RIDGE, as Secretary of )<br>the Department of Homeland  )<br>Security, EDUARDO AQUIRRE,  )<br>Acting Director of the Bureau )<br>of Citizenship & Immigration )<br>Services, and DENIS C.  )<br>RIORDAN, District Director  )<br>of the Bureau of Citizenship )<br>& Immigration Services for  )<br>Boston, Massachusetts,  )<br>    Defendants.  )<br>) | Civil Action No. 05-10429-RGS |

**ASSENTED TO MOTION OF THE DEFENDANTS TO ENLARGE
THE TIME TO ANSWER OR OTHERWISE RESPOND**

The defendants, by their attorney, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, respectfully moves this Court, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of time to file an answer or otherwise respond in this matter by eight (8) days to September 6, 2005. As reasons therefore, the defendants state that they are in the process of gathering information necessary to file an answer or other response and need additional time to complete these assessments.

Wherefore the defendants respectfully request that this Court grant an enlargement of time to file an answer or otherwise respond in this matter until September 6, 2005.

Attorney for the plaintiff has assented to this motion.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

Dated: August 26, 2005          /S/ Christopher R. Donato
                                Christopher R. Donato
                                Assistant U.S. Attorney
                                U.S. Attorney's Office
                                John Joseph Moakley Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
                                (617) 748-3303

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served by first class mail, postage prepaid, upon the following:

Desmond P. FitzGerald, Esq.
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA 02108

Dated: August 26, 2005          /S/ Christopher R. Donato
                                Christopher R. Donato
                                Assistant U.S. Attorney

**CERTIFICATION PURSUANT TO L.R. 7.1 (A)(3)**

I hereby certify that on August 26, 2005, I conferred with Counsel for the plaintiff and he assented to this motion.

Dated: August 26, 2005          /S/ Christopher R. Donato
                                Christopher R. Donato
                                Assistant U.S. Attorney