UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IDA PAVLICHENKO

    V.                                          CIVIL ACTION NO. 05-10429-RGS

MICHAEL CHERTOFF, SECRETARY OF
DEPARTMENT OF HOMELAND SECURITY,
ET AL

# NOTICE OF HEARING

**STEARNS, DJ.**                                                **SEPTEMBER 22, 2005**

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

**FRIDAY, OCTOBER 7, 2005 AT 10:00 A.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                              RICHARD G. STEARNS
                                                              UNITED STATES DISTRICT JUDGE

                              BY:

                                                             /s/ Mary H. Johnson
                                                                Deputy Clerk

*TO BE HEARD: Defts' Motion to Dismiss

Sent to : AUSA Donato, Atty. Fitzgerald.